IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| EDWARD LEE HAM JR., | : | |
| Petitioner, | : | Case No. 7:10-CV-40 (HL) |
| v. | : | |
| BARRY GOODRICH and THURBERT E. BAKER, | : | |
| Respondents. | : | |

## ORDER

The Recommendation of United States Magistrate Judge Thomas Q. Langstaff (Doc. 7), entered May 18, 2010, is before the Court. Petitioner has not filed a written objection to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts and adopts the Recommendation. Thurbert E. Baker is dismissed with prejudice as a party respondent in this matter.

**SO ORDERED**, this the 15th day of June, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh